```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

DONALD BROWN, et al.,           )
                                )
            Plaintiffs,         )
                                )
        vs.                     )       No. 4:06-CV-1232 (CEJ)
                                )
G&S MASONRY & SONS, INC., a     )
Missouri corporation,           )
                                )
            Defendant.          )

## ORDER

This case was filed on August 15, 2006. The record shows that service was achieved on defendant on August 17, 2006. Under Rule 12(a)(1)(A), Fed.R.Civ.P., defendant was required to file an answer or other responsive pleading within twenty days of being served with the complaint. Because the defendant has failed to do so,

**IT IS HEREBY ORDERED** that plaintiffs shall, not later than **October 27, 2006**, file appropriate motions for entry of default and for default judgment against defendant G&S Masonry & Sons, Inc., supported by all necessary affidavits and documentation.

Failure to comply with this order may result in the dismissal of this action without prejudice.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 26th day of September, 2006.